# MEMORANDUM DECISIONS

DEASON v. STATE. (Court of Criminal Appeals of Texas. Jan. 21, 1914.) Appeal from Wichita County Court; C. B. Felder, Judge. A. R. Deason was convicted of aggravated assault, and he appeals. Affirmed. C. E. Lane, Asst. Atty. Gen., for the State.

PRENDERGAST, P. J. From a conviction for aggravated assault, with a fine of $100 imposed, this appeal is prosecuted. There is neither a statement of facts nor bill of exceptions in the record. No question is raised which can be reviewed in the absence of these. The judgment is affirmed.

ENGLISH v. STATE. (Court of Criminal Appeals of Texas. Jan. 21, 1914.) Appeal from Wichita County Court; C. B. Felder, Judge. Lillian English was convicted of crime, and she appeals. Affirmed. C. E. Lane, Asst. Atty. Gen., for the State.

PRENDERGAST, P. J. From a conviction for keeping a house of prostitution, with the penalty prescribed by law fixed as a punishment, this appeal is prosecuted. There is no statement of facts nor bills of exceptions in the record. No question attempted to be raised can be reviewed without this. The judgment is affirmed.

HUMPHRIES v. STATE. (Court of Criminal Appeals of Texas. Jan. 21, 1914.) Appeal from Wichita County Court; C. B. Felder, Judge. A. Humphries was convicted of keeping a disorderly house, and he appeals. Affirmed. C. E. Lane, Asst. Atty. Gen., for the State.

HARPER, J. Appellant was prosecuted and convicted of keeping a disorderly house. No statement of facts nor bills of exceptions accompany the record, and there is no question presented in the motion for a new trial we can review in the absence of a statement of facts. Affirmed.

PARTIN v. STATE. (Court of Criminal Appeals of Texas. Jan. 14, 1914.) Appeal from District Court, Henderson County; John S. Prince, Judge. Gorden Partin was convicted of rape, and he appeals. Affirmed. C. E. Lane, Asst. Atty. Gen., for the State.

PRENDERGAST, P. J. Appellant was indicted and convicted for the rape of a girl under 15 years of age, and his penalty fixed at the lowest prescribed by law—5 years in the penitentiary. There is no statement of facts in the record. Without this no question is raised which we can properly review. The judgment is therefore affirmed.